UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CARLOS ROMIOUS,
2610 Tupelo Street
Kenner, LA 70062
Plaintiff,

v.

BROOKS AND ASSOCIATES, INC./REALTORS,
**SERVE AT:**
1903 West Causeway Approach, Suite #202
Mandeville, LA 70471
Phone: 1.877.454.8335

CHRIS BROOKS, in individual capacity and/or official capacity as an officer or owner of Defendant BROOKS AND ASSOCIATES, INC./REALTORS,
**SERVE AT:**
1903 West Causeway Approach, Suite #202
Mandeville, LA 70471
Phone: 1.877.454.8335

THOMAS BROOKS, in individual capacity and/or official capacity as president or owner of Defendant BROOKS AND ASSOCIATES, INC./REALTORS,
**SERVE AT:**
1903 West Causeway Approach, Suite #202
Mandeville, LA 70471
Phone: 1.877.454.8335

ROSCOE W. LEWIS, SR., in individual capacity and/or official capacity as Judge or 8th Justice of the Peace Court,
**SERVE AT:**
8th Justice of the Peace Court
1903 Short Street, Kenner LA 70065
Phone: 504.461.0130

VERNON J. WILTY, III, in individual capacity and/or official capacity as Judge or 8th Justice of the Peace Court,
**SERVE AT:**
200 Derbigny St., Gretna, LA 70053

PATRICK HALE DE JEAN, in individual capacity and/or official capacity as Judge or 8th Justice of the Peace Court,
**SERVE AT:**
2420 Barataria Blvd., Suite 6

**11-2790**

**SECT. H MAG. 1**

___Fee _Pauper_
___Process ___
_X_ Dktd ___
___CtRmDep ___
___Doc. No. ___

Marrero, LA 70072

CHARLIE R. KERNER, in individual capacity and/or official capacity as Judge or 8th Justice of the Peace Court,
**SERVE AT:**
2654 Jean Lafitte Blvd., Lafitte, LA 70067

LEON BRADBERRY, JR., in individual capacity and/or official capacity as Judge or 8th Justice of the Peace Court,
**SERVE AT:**
P.O. Box 200, Grand Isle, LA 70308

CHARLES V. CUSIMANO, II, in individual capacity and/or official capacity as Judge or 8th Justice of the Peace Court,
**SERVE AT:**
1221 Elmwood Pkwy Blvd
Suite 602, Jefferson , LA 70123

KEVIN J. CENTANNI, in individual capacity and/or official capacity as Judge or 8th Justice of the Peace Court,
**SERVE AT:**
1803 Williams Blvd.
Kenner, LA 70062

EUGENE FITCHUE, in individual capacity and/or official capacity as Judge or 8th Justice of the Peace Court,
**SERVE AT:**
405 George St., Avondale, LA 70094

ROSCOE W. LEWIS, SR., in individual capacity and/or official capacity as Judge or 8th Justice of the Peace Court,
**SERVE AT:**
1903 Short St., Kenner, LA 70065

UNKNOWN NAME, in individual capacity and/or official capacity as Director of the Social Security Administration located in Kenner, Louisiana,
**SERVE AT:**
1616 Joe Yenni Blvd., Kenner, LA 70065

MICHAEL S. YENNI, in individual capacity and/or official capacity as Mayor of the City of Kenner, Jefferson Parish, Louisiana,
**SERVE AT:**
Office of the Mayor
1801 Williams Boulevard
Building B, Suite 200
Kenner, Louisiana 70062

Phone: 504.468.7206
E-mail: kennermayor@kenner.la.us

and

STEPHEN D. CARAWAY, in individual capacity and/or official capacity as Chief of Police for the Kenner Police Department
**SERVE AT**:
500 Veterans Boulevard
Kenner, LA 70062
Phone: 504.712.2200
Defendants.

## COMPLAINT

### STATEMENT OF JURISDICTION

1.  This Court has jurisdiction under pendent jurisdiction; supplemental jurisdiction; and/or original jurisdiction under the provisions of the Fourteenth Amendment to the United States Constitution, 42 U.S.C. § 1983, the federal laws applicable to the Social Security Administration, the federal laws applicable to Social Security Income, and the federal laws applicable to the Racketeer Influenced and Corrupt Organizations ("RICO") Act.

### STATEMENT OF THE PARTIES

2.  Each of the individual Defendants is a person, individual, or party capable of being a named party in a suit and/or able to be sued in the courts of the United States and/or any particular State within the United States territories within the meaning of the laws of the United States or several of her individual States.

### STATEMENT OF THE CLAIMS

3.  Supplemental Security Income (SSI) is a federal assistance program designed to provide income to aged, blind, or disabled people who have limited assets

with which to support themselves. (See, *http://www.socialsecurity-disability.org/content/about-ssi*, last visited on November 9, 2011).

4. The SSI program is managed by the Social Security Administration (SSA), but financed by the general tax fund. (See, *http://www.socialsecurity-disability.org/content/about-ssi*, last visited on November 9, 2011).

## COUNT I. BREACH OF CONTRACT

5. Under information or belief, Defendants, jointly or severally, have breached an oral and/or express contract and/or promise between Plaintiff and one or more of Defendants involving the exchange of a good, realty, monies or services whereas there was an non-completed or uncompleted offer and an acceptance between Plaintiff and one or more of Defendants involving monetary proceeds of Plaintiff's monthly received SSI monetary benefits thereby offensively violating the Statutes of Fraud; capacity and/or sound competence was lacking between Plaintiff and one or more of Defendants; mutual assent, or agreement, on the terms of said contract and/or promise was lacking; and consideration, or compensation, for said good, realty, monies or services rendered but the at issue good, realty, monies or services was of such defective design or condition that said contract and/or promise was null and void at its attempted inception thereby making any attempted said contract and/or promise non-legally binding as to demands for payment, if any, but was not null and void as to the unlimited, unfettered, and un-interfered occupancy had by and maintained by Plaintiff into perpetuity within the meaning of the applicable laws of the State of Louisiana.

## COUNT II. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

6. Defendants, jointly or severally, acted intentionally or recklessly; Defendants', joint or several, conduct was extreme and outrageous; and said conduct was the cause of severe emotional distress to Plaintiff.

## COUNT III. NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

7. Defendants, jointly or severally, had a <u>legal duty</u> to use reasonable care to avoid causing <u>emotional distress</u> to another individual, but Defendants, jointly or severally, failed in this duty and unreasonably caused emotional distress to another person, and Defendants, jointly or severally, are therefore <u>liable</u> for monetary <u>damages</u> to said another person.

## COUNT IV. RICO VIOLATIONS

8. Under information or belief, Defendants, jointly or severally, have received income derived, directly or indirectly, from a pattern of racketeering activity or through collection of an unlawful debt in which such person has participated as a principal within the meaning of Section 2, Title 18, United States Code, to use or invest, directly or indirectly, any part of such income, or the proceeds of such income, in acquisition of any interest in, or the establishment or operation of, any enterprise which is engaged in, or the activities of which affect, interstate or foreign commerce.

9. Under information or belief, Defendants, jointly or severally, have through a pattern of racketeering activity or through collection of an unlawful debt acquired or maintained, directly or indirectly, interest in or control of any enterprise which is engaged in, or the activities of which affect, interstate or foreign commerce.

10. Under information or belief, Defendants, jointly or severally, have been employed by or have been associated with an enterprise engaged in, or the activities of

which affect, interstate or foreign commerce, to conduct or participate, directly or indirectly, in the conduct of such enterprise's affairs through a pattern of racketeering activity or collection of unlawful debt.

## COUNT V. ASSAULT

11. Defendants, jointly or severally, caused an act intended to cause an apprehension of harmful or offensive contact by Defendants, jointly or severally; and an act that caused apprehension in Plaintiff that is harmful or offensive contact is imminent as embodied in PETITION OF EVICTION AND ORDER, Case No. 11-305, State of Louisiana, 8th Justice of the Peace, 1903 Short Street, Kenner, Louisiana, 70062, captioned as <u>Brooks & Associates, Inc./Realtors® vs. ZANAB HADAD & OCCUPANTS, 2610 Tupelo Street, Kenner, LA. 70062</u> and unlawfully threatened by and filed in public Court by Defendants, jointly or severally, and against Plaintiff.

## COUNT VI.
## DEPRIVATION OF PLAINTIFF'S RIGHTS UNDER 42 U.S.C. § 1983

12. Defendants, jointly or severally, and under color of any statute, ordinance, regulation, custom, or usage, of the State of Louisiana or a Territory thereof subjected, or caused to be subjected, Plaintiff who is and was at all relevant times herein within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the United States Constitution and laws, and is therefore liable to Plaintiff in an action at law, suit in equity, or other proper proceeding for redress; all herein related actions brought against a herein defendant judicial officer for an act or omission taken in said officer's judicial capacity, injunctive relief is proper whereas herein a declaratory decree was violated or declaratory relief was unavailable against Defendants, jointly or severally.

## STATEMENT OF RELIEF

13. Wherefore Plaintiff pray for an award of judgment in her favor; a monetary award in the amount of $500,000,000,000; specific performance in favor of Plaintiff on attempted said contract and/or promise; perpetual possession of realty commonly known as <u>2610 Tupelo Street, Kenner, LA. 70062</u> and/or <u>2610 Tupelo St.</u>; perpetual possession of realty commonly known as <u>2612 Tupelo Street, Kenner, LA. 70062</u> and/or <u>2612 Tupelo St.</u>; punitive damages; treble damages; and any other equitable and/or legal remedy the Court deems just, mete, and proper under the circumstances against Defendants, jointly or severally.

## DEMAND FOR JURY TRIAL

14. Plaintiff hereby demands trial by jury on all issues and or claims triable before a jury.

Dated: <u>11/09/11</u>

Respectfully Submitted,

_____
Carlos Romious
2610 Tupelo Street
Kenner, LA 70062
Fon: 504.327.9425
PLAINTIFF

7