UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CARLOS ROMIOUS | CIVIL ACTION |
| VS. | 11-2790 |
| BROOKS AND ASSOCIATES, INC./REALTORS ET AL | SECTION: "H" |

ORDER DISMISSING CASE

On March 12, 2012, the Court issued a notice directing plaintiff to show good cause, in writing, no later than April 15, 2012, why service of process has not been effected upon DEFENDANTS.

As of this date, the record does not reflect a response to the Court's notice.

Accordingly,

**IT IS ORDERED** that the plaintiff's complaint is hereby DISMISSED without prejudice for failure to comply with this Court's directive.

**New Orleans, Louisiana this** 17th **day of** April **, 2012.**

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**